UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON S. LEWIS,<br><br>　　　　　　Defendant. | 9:22-PO-5024-KLD<br>Ticket Number: F5443676 and F5443677<br>Location Code: M2<br>Disposition Code: PE AND NC<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Brandon S. Lewis, was present in court and entered a plea of guilty to the charge of F5443676 discharging of a firearm. The government moved to dismiss F5443677 damaging property.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.  Defendant must pay a fine in the amount of $200.00 plus $40.00 in fees for F5443676 discharging of a firearm for a total of $240.00.  The fine has been paid in full, receipt number MTX9-17033.  The government's motion to dismiss F5443677 damaging property is granted.

　　　　Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement

specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

8/16/2022
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge